UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 07-80272-CIV-MARRA/JOHNSON**

JEAN DIEUJUSTE on his own
behalf and others similarly situated

       Plaintiff

v.

R.J. ELECTRIC, INC.,
a Florida corporation and
ANDREW C. ATKINS, individually

       Defendants
_____/

## ORDER GRANTING MOTION TO STRIKE

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Strike Defendants' Offer of Judgment and For Sanctions [DE 9]. Defendants have not responded to the motion.

On April 19, 2007, Defendants filed with the Court an unauthorized "Offer of Judgment." [DE 8]. Rule 68 of the Federal Rules of Civil Procedure provides a mechanism by which defendants can convey offers of judgment to plaintiffs, giving plaintiffs the choice between accepting the offer within ten days of its conveyance, or rejecting the offer and agreeing to pay the defendant's attorneys' fees and costs should the amount obtained at trial be less than the amount set forth in the offer. Fed.R.Civ.P. 68. If the offer is not accepted within 10 days it is considered withdrawn and may not thereafter be accepted.

A party making a Rule 68 offer should only file it with the Clerk of Court if the offer is accepted.  Initially, it should only be served on the adverse party.  When an offer is erroneously filed, a motion to strike it from the court's file is routinely granted.  *Kason v. Amphenol Corp.*, 132 F.R.D. 197, 197 (N.D. Ill. 1990); *Scheriff v. Beck*, 452 F.Supp. 1254, 1259 (D.C. Colo. 1978); *Nabors v. Texas Co.*, 32 F.Supp. 91 (D.C. LA. 1940).  As Defendants' Offer of Judgment was not accepted and should not have been filed with the Court, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike Defendants' Offer of Judgment and For Sanctions [DE 9] is GRANTED.  The Clerk is directed to strike Defendants' Offer of Judgment [DE 8] from the court file.  The Court reserves ruling on the request for sanctions.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of August, 2007.

_____
KENNETH A. MARRA
United States District Judge

copies to:

All counsel of record